UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON P. AUSTIN,<br><br>Defendant. | **INFORMATION**<br><br>23 Cr.<br><br>**23 CRIM 199** |

**COUNT ONE**
**(Conspiracy to Commit Money Laundering)**

The United States Attorney charges:

1.      From at least in or about March 2020, through in or about February 2022, in the Southern District of New York and elsewhere, BRANDON P. AUSTIN, the defendant, and others known and unknown, knowingly and willfully combined, conspired, confederated, and agreed together and with each other to commit money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

2.      It was a part and object of the conspiracy that BRANDON P. AUSTIN, the defendant, and others known and unknown, in an offense in and affecting interstate and foreign commerce, knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, conducted and attempted to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), to wit, AUSTIN and others engaged in a scheme to launder proceeds derived from fraud against banks and businesses through email compromises and fraud against the

U.S. Small Business Administration through falsified applications for COVID-10 relief funds, among other schemes, by using, among other entities, Thor Ventures LLC and Valhalla Venture Group LLC, to broker the exchange of over $3.6 million in fraud proceeds for bitcoin.

(Title 18, United States Code, Section 1956(h).)

## FORFEITURE ALLEGATION

3.  As a result of committing the offense alleged in Count One of this Information, BRANDON P. AUSTIN, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money equal to $3,406,450, in United States currency, representing the amount of property involved in said offense, and the following specific property:

    a.    All funds held in BMO Harris Bank account number 4833367602, in the name of "Thor Ventures LLC";

    b.    All funds held in BMO Harris Bank account number 4832521888, in the name of "Brandon P. Austin";

    c.    All assets held in Coinbase account number 5a3dc3ea3102e50187a9206d;

    d.    A 2022 Black E-Pace P250 AWD Jaguar with vehicle identification number SADFP2FX7N1028776 and Florida license plate number QRGP56; and

    e.    The following items, seized from Snowy Egret Place on June 3, 2021, pursuant to a search warrant:

        i.    One gray Apple MacBook Pro laptop computer, model no. A2141, and serial no. C02CV8DCMD6N;

        ii.    All records and check books relating to Thor Ventures LLC;

   iii.  One Acesori Powerslim10 Powerbank;

   iv.  One gray-color Apple iPhone 12 Pro Max in a clear Apple case with "GM5F4FJD0DXJ" imprinted on the case;

   v.  One gold-color Apple iPhone in a black Incipio case;

   vi.  One gray-color Apple iPad with serial no. DMPF5056NTH8; and

   vii.  One 2-TB Seagate external hard drive with serial no. NA9LY61N.

### Substitute Assets Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

*[signature]*

DAMIAN WILLIAMS
United States Attorney

*[handwritten: Filed 4/13/23 Judge Castel /An]*

3