# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 31, 2023

**By E-Mail & CM/ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.
SO ORDERED.
Dated: 07/31/2023

*[signature]*
P. Kevin Castel
United States District Judge

Re:  *United States v. Brandon Austin,*
     23 Cr. 199 (PKC)

Dear Judge Castel:

    I write to respectfully request a modification of Brandon Austin's bail conditions to permit him to travel to the District of South Carolina with advance notice to, and permission from, Pre-Trial Services for work purposes only.

    Mr. Austin has recently obtained a job as a property manager on behalf of a local physician who owns and leases various private properties, including in South Carolina. As a property manager, Mr. Austin is responsible for overseeing the maintenance of various apartments and other homes for new tenants. Pre-Trial Services, via Supervisory Officer Natasha Ramesar, is aware of the details of Mr. Austin's responsibilities as a property manager and of his employer. Supervisory Officer Ramesar does not object to Mr. Austin's bail being modified to include travel to South Carolina with advance notice to and permission from Pre-Trial Services for the limited purpose of managing specific properties, a list of which has already been furnished to Pre-Trial Services. The Government, via AUSA Olga Zverovich, also does not object to this application.

    I thank the Court for its consideration of this motion.

Respectfully Submitted,

*[signature]*
Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:  Counsel of Record
     Supervisory Officer Natasha Ramesar
     Pre-Trial Officer Kristina De Primo