# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 23, 2023

**By CM/ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Sentencing is adjourned from September 6, 2023 to November 8, 2023 at 2:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 8/25/2023
> _____
> P. Kevin Castel
> United States District Judge

Re:   *United States v. Brandon Austin*,
      23 Cr. 199 (PKC)

Dear Judge Castel:

I write to respectfully request a 60-day adjournment of Brandon Austin's sentencing proceeding, which is currently scheduled for 12:00p.m. on Tuesday, September 6, 2023. The Government does not object to this motion.

I respectfully submit that an adjournment of 60 days is appropriate because I require additional time to retain, consult, and work with a forensic psychologist who specializes in addiction treatment to evaluate Mr. Austin and prepare a mitigation report for this Court's consideration at sentencing. As Mr. Austin indicated at the time of his plea, he has suffered from a substance abuse disorder for many years and is currently receiving treatment. At sentencing, the defense intends to explain the genesis of Mr. Austin's illness and how his struggles with substance abuse affected and influenced his offense conduct. Presently, I am in discussions with potential forensic psychologists who are also addiction specialists to determine the best fit to evaluate Mr. Austin and prepare a detailed report.

Pertinent to this application, I am also pleased to report that Mr. Austin is in compliance with his release conditions and remains employed. I thank the Court for its consideration of this unopposed request.

Respectfully Submitted,

_____
Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:   Counsel of Record