# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 14, 2024

**By CM/ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
5-15-24

Re:   *United States v. Brandon Austin*,
      23 Cr. 199 (PKC)

Dear Judge Castel:

I write to respectfully request a one-day extension of the deadlines to file the sentencing submissions in the above-captioned case. Per the Court's individual rules and practices, the defense submission is currently due tomorrow, May 15, 2024, and the Government's submission is due May 22, 2024.

I require a one-day extension because I have a contested VOSR hearing tomorrow before Judge Abrams that begins at 11:00 a.m. The hearing was originally scheduled to take place yesterday, May 13. I expect the hearing will take up the rest of the work day tomorrow. Accordingly, I require an additional day to finalize my papers and review them with Mr. Austin before filing. The Government, by AUSA Olga Zverovich, does not object to this motion, and seeks a commensurate one-day extension of its filing deadline should the Court grant this application.

I thank the Court for its consideration.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:   Counsel of Record