UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
    UNITED STATES OF AMERICA

           -v.-

    BRANDON P. AUSTIN,

           Defendant.

------------------------------------ X

**FINAL ORDER OF FORFEITURE**

23 Cr. 199 (PKC)

WHEREAS, on or about April 13, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 7), which ordered the forfeiture to the United States of all right, title and interest of BRANDON P. AUSTIN, (the "Defendant") in, among other things, the following specific property:

    a. One 2022, Black E-Pace P250 AWD Jaguar with vehicle identification number SADFP2FX7N1028776 Florida license plate number QRGP56; and

    b. The following items, seized from Snowy Egret Place on June 3, 2021, pursuant to a search warrant:
        i. One gray Apple MacBook Pro laptop computer, model no. A2141, and serial no. C02CV8DCMD6N;
        ii. All records and check books relating to Thor Ventures LLC;
        iii. One gray-color Apple iPhone 12 Pro Max in a clear Apple case with "GM5F4FJD0DXJ" imprinted on the case;
        iv. One gold-color Apple iPhone in a black Incipio case;
        v. One gray-color Apple iPad with serial no. DMPF5056NTH8; and
        vi. One 2-TB Seagate external hard drive with serial no. NA9LY61N

(a. and bi. – vi., collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture,

notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on May 4, 2023, for thirty (30) consecutive days, through June 2, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 21, 2024 (D.E 30);

WHEREAS, on or about April 21, 2023, the Government sent direct notice via certified mail to Elsie Tovar, at a residence in Clearwater, Florida, 33764 (the "Noticed Party"):

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Party are the only people and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Customs and Border Protection (or its designee the Office of Fines, Penalties and Forfeitures) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
      May  21 , 2024

SO ORDERED:

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE